1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  TRACY S. HENDRICKSON, State Bar No. 155081
   Supervising Deputy Attorney General
3  JAMES MATHISON, State Bar No. 149387
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-6274
6    E-mail: James.Mathison@doj.ca.gov
   *Attorneys for Defendants M. Stane and R. Rodriguez*

   David L. Fiol, State Bar No. 203546
8  Brent & Fiol, LLP
     1000 Fourth Street, Suite 750
9    San Rafael, CA 94901
     Telephone: (415) 839-8370
10   Email: dfiol@bfplawyers.com
   *Attorneys for Plaintiff Frayno Crumb*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **FRAYNO CRUMB,** | 1:17-cv-01471-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| **M. STANE, et al.,** | Action Filed: November 1, 2017 |
| Defendants. | |

Plaintiff Frayno Crumb, and Defendants M. Stane and R. Rodriguez, by and through their counsel, do hereby agree and stipulate to extend the time for Defendants to file and serve a responsive pleading in this action. The time for Defendants to file and serve their responsive

///

///

///

pleading is extended from December 4, 2017, to and including January 5, 2018.

**IT IS SO STIPULATED**.

Dated: November 30, 2017

XAVIER BECERRA
Attorney General of California
TRACY S. HENDRICKSON
Supervising Deputy Attorney General

*/s/ James Mathison*

JAMES MATHISON
Deputy Attorney General
*Attorneys for Defendants*
*M. Stane and R. Rodriguez*

Dated: November 30, 2017

*/s/ David L. Fiol*

DAVID L. FIOL
Brent & Fiol, LLP
*Attorneys for Plaintiff*
*Frayno Crumb*

## ORDER

**IT IS SO ORDERED**.

Dated: **December 12, 2017**          */s/ Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING
(1:17-cv-01471-DAD-BAM)