David L. Fiol [SBN 203546]
BRENT & FIOL, LLP
1000 Fourth Street, Suite 750
San Rafael, CA 94901
Telephone: (415) 839-8370
Email: dfiol@bfplawyers.com
Attorneys for Plaintiff Frayno Crumb

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAYNO CRUMB,<br><br>   Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; CORRECTIONS OFFICER M. STANE, SERGEANT R. RODRIGUEZ,<br><br>   Defendants. | CASE NO. 1:17-cv-01471-DAD-BAM<br><br>**ORDER APPROVING STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>**ORDER INSTRUCTING PLAINTIFF TO FILE HIS FIRST AMENDED COMPLAINT AS A SEPARATE DOCKET ENTRY** |

  WHEREAS on November 1, 2017, Plaintiff, FRAYNO CRUMB ("Plaintiff") filed the Complaint in this action against STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CORRECTIONS OFFICER M. STANE, and SERGEANT R. RODRIGUEZ ("Defendants"), and

  WHEREAS, in the meet and confer process Plaintiff has agreed to withdraw his claims against defendant STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION and to clarify that his claims against the individual defendants are in their personal capacity only, and

  WHEREAS all parties have agreed that these changes may be accomplished by the filing of a First Amended Complaint in the form of the pleading attached hereto as Exhibit "A."

  IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff should be granted leave to amend to file his First Amended Complaint in the form of the document attached hereto as Exhibit "A."

2. A responsive pleading shall be due twenty eight (28) days after the First Amended Complaint is filed.

3. Defendant STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION waives any right or entitlement it may have to costs, attorneys fees or other compensation under state or federal law as a result of its effective dismissal from this action.

DATED: January 2, 2018          BRENT & FIOL, LLP

By:_____/s/_____
    David L. Fiol
    *Attorneys for Plaintiff*

    XAVIER BECERRA
    Attorney General of California

By:_____/s/_____
    JAMES MATHISON
    Deputy Attorney General
    *Attorneys for Defendants State Of California Department Of Corrections And Rehabilitation. Stane and R. Rodriguez*

## **ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, and for good cause being shown, Plaintiff FRAYNO CRUMB'S request for leave to file a First Amended Complaint is GRANTED. On or before **January 12, 2018**, Plaintiff shall file his First Amended Complaint, attached as Exhibit A to the Stipulation, as a separate entry in the docket for purposes of clarifying the record. Defendants OFFICER M. STANE, and SERGEANT R. RODRIGUEZ shall have twenty-eight (28) days thereafter, to answer or otherwise respond to the First Amended Complaint filed in this matter.

IT IS SO ORDERED.

Dated: **January 2, 2018**          /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE