UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAYNO CRUMB,<br><br>        Plaintiff,<br><br>    v.<br><br>CORRECTIONS OFFICER MARK STANE, *et al*.,<br><br>        Defendants. | Case No. 1:17-cv-01471-DAD-BAM<br><br>ORDER TO RECAPTION CASE |

On January 5, 2018, Plaintiff Frayno Crumb filed a First Amended Complaint against Defendant Corrections Officer Mark Stane and Defendant Sergeant R. Rodriguez. (Doc. 13). Omitted from the First Amended Complaint is former Defendant State of California Department of Corrections and Rehabilitation ("CDCR").

Consequently, this action proceeds only against Defendants Mark Stane and Sergeant R. Rodriguez. Therefore, the caption should reflect that this action no longer proceeds against any other defendant. Accordingly, the caption for this case shall be as reflected above, and the docket shall be corrected accordingly.

IT IS SO ORDERED.

Dated: **February 7, 2018**         /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE