### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAYNO CRUMB,<br><br>         Plaintiff,<br><br>v.<br><br>CORRECTIONS OFFICER MARK STANE<br>and SERGEANT R. RODRIGUEZ,<br><br>         Defendants. | 1:17-cv-01471-BAM<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM |

**Frayno Crumb, CDCR # H-20376**, a necessary and material witness in a settlement conference in this case May 21, 2019, is confined in Salinas Valley State Prison (SVSP) in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Tuesday, May 21, 2019 at 9:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SVSP, P. O. Box 1020, Soledad, California 93960:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **April 22, 2019**        */s/ Barbara A. McAuliffe*
                        UNITED STATES MAGISTRATE JUDGE

